PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

U.S.A. vs. **Rodolfo Garcia**

Docket No. **18-4084**

### Petition for Action on Conditions of Pretrial Release

COMES NOW STEPHANIE NERI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rodolfo Garcia**, who was placed under pretrial release supervision by the **HONORABLE JAMES B. CLARK III** sitting in the Court at Newark, New Jersey on **June 18, 2018**, under the following conditions:

1. $100,000 Unsecured Appearance Bond
2. The defendant shall be released into the third party custody of his mother Lorena Moreno.
3. Pretrial Services Supervision.
4. Home Detention, with electronic monitoring, with exceptions for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.
5. Mental health testing and/or treatment as directed by Pretrial Services.
6. Surrender all passports/travel documents. Do not apply for new travel documents.
7. Travel restricted to New Jersey for Court and attorney visits and the Western District of Texas, unless otherwise approved by Pretrial Services.
8. Substance abuse testing and/or treatment as directed by Pretrial Services.
9. Refrain from possessing a firearm, destructive device, or other dangerous weapon.
10. Resolve all outstanding warrants.
11. GPS monitoring until the defendant returns to Texas.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a warrant be issued to serve as a detainer.**

**ORDER OF COURT**

Considered and ordered this _____6th_____ day
of _____Aug_____, _2018_ and ordered filed
and made a part of the records in the above
case.

Honorable Joseph A. Dickson  James B. Clark
United States Magistrate Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on _____August 6 2018_____

Stephanie Neri
United States Pretrial Services Officer

United States Courts
Southern District of Texas
FILED

*February 12, 2019*

David J. Bradley, Clerk of Court

PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

**4:19mj0255**

U.S.A. vs. Rodolfo Garcia, III

Docket No. 18-4084

### Petition for Action on Conditions of Pretrial Release

COMES NOW STEPHANIE NERI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Rodolfo Garcia**, who was placed under pretrial release supervision by the **HONORABLE JAMES B. CLARK III** sitting in the Court at Newark, New Jersey on **June 18, 2018**, under the following conditions:

$100,000 Unsecured Appearance Bond

1. The defendant shall be released into the third-party custody of his mother Lorena Moreno.
2. Pretrial Services Supervision.
3. Home Detention with Location Monitoring. Employment is not permitted.
4. Mental health testing and/or treatment as directed by Pretrial Services.
5. Surrender all passports/travel documents. Do not apply for new travel documents.
6. Travel restricted to New Jersey for Court and attorney visits and the Western District of Texas, unless otherwise approved by Pretrial Services.
7. Substance abuse testing and/or treatment as directed by Pretrial Services.
8. Refrain from possessing a firearm, destructive device, or other dangerous weapon.
9. Resolve all outstanding warrants.
10. GPS monitoring until the defendant returns to Texas.

On August 5, 2018, Pretrial Services submitted a Petition for Action requesting a warrant to be lodged as a detainer against the defendant as he was kicked out of his mother's residence and taken into custody on local warrants.

On September 12, 2018, the defendant appeared before the Honorable Steven C. Mannion for a Bail Review Hearing. At that time, the defendant was ordered detained without prejudice to future bail applications.

On December 14, 2018, the defendant appeared before the Honorable Leda D. Wettre for a Bail Review Hearing. The defendant was ordered released on a $100,000 Unsecured Appearance Bond with the following conditions:

1. The defendant shall be released into the third-party custody of his sister, Irene Garcia.
2. Pretrial Services Supervision.
3. Home Detention with Location Monitoring. Employment is not permitted.
4. Surrender all passports/travel documents. Do not apply for new travel documents.
5. Travel restricted to New Jersey and Texas unless otherwise approved by Pretrial Services.

6.  Substance abuse testing and/or treatment as directed by Pretrial Services.
7.  Mental health testing and/or treatment as directed by Pretrial Services.
8.  Refrain from possessing a firearm, destructive device, or other dangerous weapon.
9.  Resolve all outstanding warrants.
10. GPS monitoring until the defendant returns to Texas.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a warrant be issued to serve as a detainer.**

ORDER OF COURT

Considered and ordered this ___7th___ day
of __February__, 2019 and ordered filed
and made a part of the records in the above
case.

_Leda D. Wettre_
Honorable Leda D. Wettre
United States Magistrate Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on ___February 7, 2019___

_Stephanie Neri (JAP)_
Stephanie Neri
United States Pretrial Services Officer